PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
JOEY SESON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 02-00423 DAE |
| ) | |
| Plaintiff, ) | ORDER TERMINATING |
| ) | SUPERVISED RELEASE |
| vs. ) | |
| ) | |
| JOEY SESON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER TERMINATING SUPERVISED RELEASE**

Pursuant to this Court's authority under 18 U.S.C. § 3583(e)(1) and

upon a review of the defendant's conduct while under supervised release, this

Court finds that the defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision by the Court.

IT IS HEREBY ORDERED that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

IT IS SO ORDERED:

DATED:   Honolulu, Hawaii, July 28, 2006.



_____
David Alan Ezra
United States District Judge

.

UNITED STATES v. JOEY SESON
Cr. No. 02-00423 DAE
ORDER TERMINATING SUPERVISED RELEASE